# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-cr-00121-JLS |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| FIDEL AUGUSTO HERNANDEZ-VASQUEZ, | Date: 12/04/2020<br>Time: 1:30 p.m.<br>Hon.: Janis L. Sammartino |
| Defendant. | |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

1    Accordingly, IT IS HEREBY ORDERED that the December 4, 2020 motion hearing/trial setting shall be continued until **January 22, 2021, at 1:30 p.m.** Time from the date of the parties' stipulation, up to and including January 22, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 2, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge