# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FIDEL AUGUSTO HERNANDEZ-VASQUEZ, <br><br> Defendant. | Case No.: 19-cr-00121-JLS <br><br> **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial setting set for March 19, 2021 shall be continued until April 30, 2021, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. Accordingly, time shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge