UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 19-cr-0121-JLS |
| v. | ) |
| FIDEL HERNANDEZ-VASQUEZ, | ) ORDER |
| Defendant. | ) |

The United States of America and defendant FIDEL HERNANDEZ-VASQUEZ jointly move to continue the motion hearing/trial setting set for December 2, 2022, at 1:30 p.m.

For reasons stated in the joint motion, incorporated by reference herein, the Court finds good cause to continue the hearing.

IT IS ORDERED that the joint motion is granted. The motion hearing/trial setting shall be continued to January 27, 2023 at 1:30 p.m.

Further, time is excluded from December 2, 2022 through the status hearing to be heard on January 27, 2023, pursuant to Title 18, United States Code, Section 3161 (h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

Dated: December 1, 2022

Hon. Janis L. Sammartino
United States District Judge